# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,
Respondents.

No. 68010

FILED

DEC 2 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges the alleged failure of respondents to follow the instructions given by this court in *Bacon v. Warden*, Docket No. 60465 (Order of Reversal and Remand, May 13, 2014). Having considered the petition and supporting documentation, we conclude that this court's intervention is not warranted. NRAP 21; NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1] All pending motions are denied as moot.

cc:    Hon. Susan Johnson, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Eighth District Court Clerk